IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISAAC MIRWIS, ETAN MIRWIS, ISAAC BUCHINE, MARK BUCHINE, ISAAC JACOBSON, and MYRA WEISFELD, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT and TEXAS ASSOCIATION OF PRIVATE AND PAROCHIAL SCHOOLS, | § § § § § | Civil Action No. 3:12-cv-630 |
| Defendants. | § § | |

**PLAINTIFFS'
CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), and LR 81.2, Plaintiffs Isaac Mirwis, Etan Mirwis, Roni Buchine, Isaac Buchine, Mark Buchine, Isaac Jacobson, Myra Weisfeld, Aaron Hakakian, Abraham Hakakian, Drayton Ratcliff, Lisa Ratcliff, Jesse Shkedy, and Clive Shkedy provide the following information:

1. Isaac Mirwis
   Plaintiff;

2. Etan Mirwis
   Plaintiff;

3. Isaac Buchine
   Plaintiff;

4. Mark Buchine
   Plaintiff;

5. Isaac Jacobson
   Plaintiff

1

6.     Myra Weisfeld
   Plaintiff;

7.     Mansfield Independent School District
   Defendant;

8.     Texas Association of Private and Parochial Schools
   Defendant;

9.     Carrington, Coleman, Sloman & Blumenthal, L.L.P.
   Counsel for Plaintiffs;

10.    Lewin & Lewin,LLP
    Counsel for Plaintiffs

Respectfully submitted,

/s/ Richard A. Rohan
Tim Gavin
  State Bar No. 07769800
tgavin@ccsb.com
Richard A. Rohan
  State Bar No. 17203800
rrohan@ccsb.com
Alexander More
  State Bar No. 24065789
amore@ccsb.com
Sara Apel
  State Bar No. 24067488
sapel@ccsb.com
CARRINGTON, COLEMAN, SLOMAN &
  BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 855-1333

Of Counsel:
Nathan Lewin
Alyza D. Lewin
Lewin & Lewin, LLP
1775 Eye Street, N.W., Suite 850
Washington, D.C.  20006
Telephone:  202-828-1000
Facsimile:   202-828-0909
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon Defendants in this action in accordance with Rule 5, Federal Rules of Civil Procedure, on this 1st day of March, 2012.

/s/ Richard A. Rohan